Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Stephen Douglas Bradford | § | CASE NO. 19-70219-hdh-13 |
| AND | § | |
| Lea Ann Bradford | § | Hearing on 9/4/2019 |
| DEBTORS | § | 1:30 P.M. |

AMENDED NOTICE OF HEARING ON
DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

COME NOW Stephen Douglas Bradford and wife, Lea Ann Bradford, Debtors, and file this Notice of Hearing. Attorney for Debtors hereby notifies that hearing on Debtors' Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 1:30 P.M., 09/04/2019 at 1100 Commerce, 14th Floor, Courtroom 3, Dallas, TX 75242. Debtors will appear by phone.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certified that on August 29, 2019, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtors